COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause No. 01-11-00545-CV; *Lawrence S. Oleksy, Appellant v. Farmers Insurance Exchange, Appellee*

On appeal from Trial Court Case No. 08-DCV-165626, in the 400th District Court of Fort Bend County, Texas.

This case was previously set for submission without oral argument on October 9, 2012. This case is hereby removed from the October 9, 2012 submission docket, and the Court requests that the parties provide supplemental briefing in accordance with this order. *See* TEX. R. APP. P. 38.7 ("A brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe.").

The Court requests briefing on the following issues:

1. The effect, if any, of N.Y. VEH. & TRAF. LAW § 2229 ("Snowmobile, not a motor vehicle"), and any other relevant related provision of the New York Vehicle and Traffic Law, on the parties' arguments pertaining to construction and application in this case of the recreational vehicle exclusion to the motor-vehicle exception in the homeowner's insurance policy at issue;

2. Whether the issues raised in the parties' motions for summary judgment permit this Court to consider the effect, if any, of section 2229 of the New York Vehicle and Traffic Law on the construction of the homeowner's insurance policy provisions at issue, *see* TEX. R. CIV. P. 166a(c); and

3. In light of the procedural posture of this summary-judgment appeal, what dispositions this Court may properly consider.

Olesky's supplemental brief is due on October 22, 2012. Farmers Insurance Exchange's supplemental brief is due November 5, 2012. Olesky's reply brief, if any, is due November 19, 2012. The Court requests that supplemental briefs be no longer than 10 pages and address only the issues identified in this order.

It is so ORDERED.

Judge's signature: _____
Acting individually

Date: **OCT - 8 2012**

RECEIVED IN
COURT OF APPEALS

2012 OCT -8  PM 3: 02

M. KARINNE MCCULLOUGH
CLERK OF THE COURT



OCT - 8 2012